UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In Re: Sealed Matter                                CASE NO. 3:96-MC-00059 (AHN)

JUNE 19, 2019

## MOTION TO UNSEAL

The United States respectfully requests that the captioned matter, which was originally ordered sealed until further order of the Court, by then-District Judge Alan H. Nevas, be unsealed. Due to the passage of time, the Court's records have been destroyed as a matter of course, and the Government is similarly unable to ascertain the nature of the sealed documents. Accordingly, the Government is unable to identify a basis for the continued sealing of this matter.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/
WILLIAM J. NARDINI
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
Federal Bar No. CT16012
william.nardini@usdoj.gov
203-821-3700
Fax: 203-773-5376